| | | |
|---|---|---|
| Lightning Legal Couriers | **INVOICE** | Invoice #LTN-2017000079 |
| 9280 SW 64 Street | | 1/12/2017 |
| Miami, FL 33173 | | |
| Phone: (786) 286-4167 | | Original Date: 1/11/2017 |
| Tax Id#: 26-3848375 | | |

Isaac Mamane, Esquire
Mamane Law, LLC
1150 Kane Concourse (1150 96th Street)
Second Floor
Bay Harbor Islands, FL 33154

**Case Number: Southern 17-CV-80021-KAM**

Plaintiff:

**LORENZO WILLIAM JOHNSON JR. AND ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. 216(B),**

Defendant:

**BAY BAYS CHICKEN & WAFFLES LLC, BAY BAYS CHICKEN AND WAFFLES NUMBER TWO LLC AND ISRAEL JOHNSON**

BAY BAYS CHICKEN & WAFFLES LLC, REGISTERED AGENT: KAESHUA RESTAURANT GROUP, LLC, 2276 NORTH CONGRESS AVENUE, BOYNTON BEACH, FL 33426.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 75.00 | 75.00 |
| **TOTAL CHARGED:** | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Please enclose a copy of this invoice with your payment.
Payment Due Upon Receipt.

Lightning Legal Couriers  
9280 SW 64 Street  
Miami, FL 33173  
Phone: (786) 286-4167  
Tax Id#: 26-3848375

# INVOICE

Invoice #LTN-2017000080  
1/12/2017

Original Date: 1/11/2017

Isaac Mamane, Esquire  
Mamane Law, LLC  
1150 Kane Concourse (1150 96th Street)  
Second Floor  
Bay Harbor Islands, FL 33154

**Case Number: Southern 17-CV-80021-KAM**

Plaintiff:  
**LORENZO WILLIAM JOHNSON JR. AND ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. 216(B),**

Defendant:  
**BAY BAYS CHICKEN & WAFFLES LLC, BAY BAYS CHICKEN AND WAFFLES NUMBER TWO LLC AND ISRAEL JOHNSON**

BAY BAYS CHICKEN AND WAFFLES NUMBER TWO LLC, REGISTERED AGENT: KAESHUA RESTAURANT GROUP, LLC, 2276 NORTH CONGRESS AVENUE, BOYNTON BEACH, FLORIDA 33426.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 75.00 | 75.00 |
| **TOTAL CHARGED:** | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Please enclose a copy of this invoice with your payment.  
Payment Due Upon Receipt.

Page 1 / 1

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

Lightning Legal Couriers
9280 SW 64 Street
Miami, FL 33173
Phone: (786) 286-4167
Tax Id#: 26-3848375

# INVOICE

Invoice #LTN-2017000081
1/12/2017

Original Date: 1/11/2017

Isaac Mamane, Esquire
Mamane Law, LLC
1150 Kane Concourse (1150 96th Street)
Second Floor
Bay Harbor Islands, FL 33154

**Case Number: Southern 17-CV-80021-KAM**

Plaintiff:

**LORENZO WILLIAM JOHNSON JR. AND ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. 216(B),**

Defendant:

**BAY BAYS CHICKEN & WAFFLES LLC, BAY BAYS CHICKEN AND WAFFLES NUMBER TWO LLC AND ISRAEL JOHNSON**

ISRAEL G. JOHNSON, 2276 NORTH CONGRESS AVENUE, BOYNTON BEACH, FL 33426.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 75.00 | 75.00 |
| **TOTAL CHARGED:** | | | $75.00 |
| **BALANCE DUE:** | | | $75.00 |

Please enclose a copy of this invoice with your payment.
Payment Due Upon Receipt.

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

Page 1 / 1